UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVARRETE MORALES,<br><br>                        Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                       Respondents. | Case No.: 26-cv-106-JO-SBC<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

      Petitioner Navarrete Morales ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1. On January 20, 2026, the Court held oral argument on the petition. For the reasons stated on the record, the Court ORDERS as follows:

      (1) The Court GRANTS Petitioner's habeas petition [Dkt. 1].

      (2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 21, 2026. Respondents are ORDERED to file an affidavit attesting to Petitioner's release by 5 p.m. on January 22, 2026.

      (3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge, at which the Government bears the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk.

      (4) Respondents shall file a written declaration attesting to full compliance with

these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: January 20, 2026

_____
Honorable Jinsook Ohta
United States District Judge